Case 1:23-mj-00276-GMH   Document 1-1   Filed 10/19

Case: 1:23-mj-00276
Assigned to: Judge Harvey, G. Michael
Assign Date: 10/19/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

1. On April 15, 2023, members of the United States Probation Office (USPO), United States Marshals Service (USMS), Court Services and Offender Supervision Agency (CSOSA), and a member of the Federal Bureau of Investigation Child Exploitation and Human Trafficking Task Force (CEHTTF) conducted compliance checks of sex offenders registered within Washington, D.C. The members conducted the compliance checks on specific individuals based upon those individuals' noncompliance with sex offender registry and probation requirements.

2. The members subsequently contacted Bayo Bakare (Herein: BAKARE) at 3201 8th Street #1212, Northeast, Washington, D.C. 20017 due to reported noncompliance by the USPO for "deception on polygraph in the area of viewing pornography."

3. BAKARE is currently a registered sex offender in Washington, D.C. due to his prior conviction of "Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)" on November 9, 2016 (Case No. 16-cr-129). BAKARE was sentenced to sixty (60) months in prison and one hundred and twenty (120) months of supervised release, which includes the following special conditions:

   a. Sex offender registration
   b. Sex offender assessment and treatment
   c. Contact restrictions
   d. Search
   e. Computer / Internet Search / Monitoring
   f. Substance abuse treatment
   g. Substance abuse testing

4. BAKARE's supervised release began on May 28, 2020. It is scheduled to conclude on May 27, 2030.

5. During the April 15, 2023 check on BAKARE, a member of the USPO, a member of CSOSA, and a member of CEHTTF were greeted by BAKARE at the front door of his residence and then entered the apartment to conduct the compliance check. BAKARE indicated that he needed to retrieve clothes from his bedroom, and BAKARE was followed by the USPO member to the bedroom. Once in the bedroom, the USPO member observed a Galaxy A11 cellular phone, and an Apple iPhone 13 Pro Max plugged into a wall charger. BAKARE said that the Galaxy A11 was the cellular phone that is monitored by USPO and reported that the Apple iPhone 13 Pro Max was not monitored by USPO. Because the Apple iPhone 13 Pro Max was not monitored by USPO, BAKARE was therefore not allowed to possess it per his conditions of supervised release.

6. BAKARE acknowledged that the room with the Galaxy A11 cellular phone and the Apple iPhone 13 Pro Max was his bedroom and further acknowledged that both phones belonged to him.

7. The USPO Probation Officer (PO) subsequently seized the Apple iPhone 13 Pro Max due to BAKARE's possession of it in violation of his conditions of supervised release. The Apple iPhone 13 Pro Max was submitted for a forensic extraction by USPO on April 18, 2023. The extraction was subsequently conducted by a forensic examiner employed by the USPO in the United States District Court of Eastern District of Missouri. The forensic examiner utilized Graykey, Cellebrite Physical Analyzer, and Axiom to complete the extraction.

8. On September 26, 2023, a member of CEHTTF was advised by a member of the USPO that child sexual abuse material (CSAM) had been located on the Apple iPhone 13 Pro Max during the forensic examination of the device. The USPO PO reported that six videos depicting

child exploitation and an additional thirty video depicting likely child exploitation were found on the Apple iPhone 13 Pro Max. A member of the CEHTTF was provided with a forensic analysis report that contained the following descriptions of CSAM located on the Apple iPhone 13 Pro Max seized from BAKARE's residence on April 15, 2023:

    a. Video named "7779dab6f23b634dae585862a892fce1" is thirty-one (31) seconds in length and depicts a prepubescent minor of unknown gender with their mouth open while an adult male's erect penis ejaculates on their face. This video contains the caption "Telegram@cp839" in the upper left corner.

    b. Video named "9dc204bd6f42d7178605a39478f3d808" is twenty-six seconds in length and depicts a prepubescent, fully nude, female. She is tied to a bed while an offscreen individual applies a vibrating device to the prepubescent female's vagina for the duration of the video. This video contains the caption "Telegram@cp839" in the upper right corner.

    c. Video named "63e8b114b030521222a31f7d6662401f" is forty-three (43) seconds in length and depicts two clothed prepubescent boys kissing. Approximately twenty (20) seconds into the video, one of the boys pulls down his pants, exposing his penis, and the other boy puts his mouth onto the boy's penis for the remainder of the video. This video contains the caption "Telegram@cp839" in the upper right corner.

9. The USPO forensic examiner noted that, within the contents of the Apple iPhone 13 Pro Max, the videos of child exploitation were located within cache folders associated with the

online application Discord,[1] and contain the modification date May 22, 2022.[2] Additionally, the following accounts were found to be associated with the Apple iPhone 13 Pro Max:

    a.  knowledgeborn#0515 (Username on the Discord Application)

    b.  bbakarebey@gmail.com (Google Account)

    c.  $bayobakare (Cash App)

    d.  u/knowledgeborn7 (Reddit)

    e.  bayographic1982@yahoo.com (Yahoo Account)

    f.  Bayographic82@yahoo.com (Yahoo Account)

    g.  BBakarebey@gmail.com (Google Account)

    h.  Johnmacd28@gmail.com (Google Account)

10.    A member of the USPO interviewed BAKARE regarding his possession of the Apple iPhone 13 Pro Max, the child exploitation material recovered, and his truthfulness prior to being found in possession of the Apple iPhone 13 Pro Max. BAKARE advised that he had not been truthful about his prior possession of the phone, that he believed he had deleted the child exploitation material after looking at it, and that he felt remorseful for what he had done. BAKARE acknowledged that the Apple iPhone 13 Pro Max was his and that he had viewed CSAM while utilizing the Apple iPhone 13 Pro Max.

11.    On October 7, 2023, law enforcement presented an affidavit in support of a search warrant for the Apple iPhone 13 Pro Max and for the forensic extraction conducted by USPO of

---

[1] Discord is an instant messaging and VoIP social platform. Users have the ability to communicate with voice calls, video calls, text messaging, media and files in private chats or as part of communities called "servers."

[2] As described below in Paragraph 12, a member of law enforcement has reviewed the contents of this forensic extraction. The law enforcement officer has verified that there are unique file paths for these video files containing CSAM, that these videos were inside a cache folder belonging to an application, but the law enforcement officer has not been able to verify if the file paths are associated with Discord.

the Apple iPhone 13 Pro Max to United States District Court of the District of Columbia Magistrate Judge Moxila Upadhyaya.  Magistrate Judge Upadhyaya reviewed the affidavit and authorized the search of the device and of the extraction (23-SW-347).

12.     Law enforcement reviewed the contents of the forensic extraction and located the CSAM videos reported by the USPO forensic extraction.  Law enforcement confirmed that the files do in fact contain videos that depict the sexual abuse of children, and that those videos were extracted from the Apple iPhone 13 Pro Max that was seized from BAKARE's residence on April 15, 2023. Additionally, the files appeared to have viewed through a video player, through an application, on the Apple iPhone 13 Pro Max on May 22, 2022.  The files included the identified files described above, as well as the following:

  a. Video named "68dde4f15b7945dc6024eff29fdb8cd4" is an eleven-second (11) video that depicts an adult male's hand holding a prepubescent child's head against an adult male's erect penis.  The child appears to be asleep, and the adult male is pressing the erect penis into the child's mouth.  The adult male eventually ejaculates inside of the child's mouth and the child appears to wake up.

  b. Video named "06574ac1a049342554ce418f3718c975" is a twenty-nine second (29) video that depicts a prepubescent female, fully nude, on her knees, facing away from an adult male with his nude, erect penis visible.  The child can be seen bending backwards and having her mouth penetrated by the adult male's erect penis.

  c. Video named "31bd7905e205f98b09690a7e1edbccd7" is a forty-seven (47) second video that depicts two completely nude, prepubescent boys standing in

what appears to be a bathroom. One boy is observed penetrating the other boy's anus with his penis during the course of the video.

13. A review of the "notes" saved to the Apple iPhone 13 Pro Max led to the identification of two "notes" that listed a total of ten Mega links that were uploaded on May 31, 2021 and June 1, 2021. A member of law enforcement attempted to access all ten links and found that Mega had removed the content from all links because they all had "been reported to contain objectionable material, such as Child Exploitation Material, Violent Extremism, or Bestiality."

## CONCLUSION

14. Based on the above information, there is probable cause to believe that Bayo Bakare committed the following offense: Accessing Child Pornography with Intent to View, in violation of 18 U.S.C. § 2252(a)(4)(b), on or about May 22, 2022.

Respectfully submitted,

_____
Thomas Sullivan
Detective Grade One / Task Force Office
MPDC / FBI

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 19, 2023.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE